IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BAYYANAH HANNIBAL | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 07-3910 |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |

O R D E R

AND NOW, this   7th   day of   April  , 2009, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter, and no objections having been filed, it is hereby

ORDERED

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. The petition for a writ of habeas corpus is DENIED; and

3. A certificate of appealability is <u>not</u> granted.

IT IS SO ORDERED.

BY THE COURT:

R. BARCLAY SURRICK
U.S. District Court Judge